**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:08-cr-00006-LRH-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 10, 2009 |
| | ) | |
| DARIN JEROME FRENCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER       REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Defendant Darin Jerome French's Request for Notice of Government's Intent to Introduce Evidence Pursuant to Fed. R. Evid. 404(b) (#83).   No response or opposition having been filed, Defendant's motion (#83) is GRANTED.

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                                Deputy Clerk