UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:08-cr-00006-LRH-RAM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DARIN JEROME FRENCH and JENNIFER ) | |
| LYNN FRENCH aka Jennifer Thomas, ) | |
| ) | |
| Defendants. ) | |

    Before the court is Defendant Darin Jerome French's Court-Appointed Counsel's Request for Leave to File Declaration in Support of Motion for Leave to Withdraw *Ex Parte* and Under Seal (#96). Good cause appearing,

    Court-Appointed Counsel's Request for Leave to File Declaration in Support of Motion for Leave to Withdraw *Ex Parte* and Under Seal (#96) is granted.

    IT IS SO ORDERED.

    DATED this 17th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE