UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:08-CR-00006-LRH-WGC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | <u>MINUTE ORDER</u> |
| DARIN JEROME FRENCH and | ) | |
| JENNIFER LYNN FRENCH, | ) | |
| | ) | October 6, 2014 |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>      REPORTER:  <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

     Before the court is defendant Darin French's Motion for Leave to Amend and Supplement Motion to Vacate (#421)[1].  GOOD CAUSE APPEARING,

     IT IS HEREBY ORDERED that the Government shall file a response to defendant's motion within twenty (20) days of the entry of this order.

     IT IS SO ORDERED.

                                              LANCE S. WILSON, CLERK

                                              By:  <u>      /s/      </u>
                                                       Deputy Clerk

---

[1] Refers to court's docket number.